**EX PARTE Augustus Larry LUNDY**

**CR-14-0336**

Court of Criminal Appeals of Alabama.

02/03/2015

Mand. pet. denied

**EX PARTE Roy E. GRAY**

**CR-14-0337**

Court of Criminal Appeals of Alabama.

01/20/2015

Mand. pet. denied

**EX PARTE Timothy DEMPSEY**

**CR-14-0339**

Court of Criminal Appeals of Alabama.

02/03/2015

Mand. pet. denied

**Russell Leland CAMPOS**

v.

**STATE**

**CR-14-0341**

Court of Criminal Appeals of Alabama.

01/02/2015

Dismissed

**EX PARTE William R. SANDERS**

**CR-14-0354**

Court of Criminal Appeals of Alabama.

02/03/2015

Reh. denied 02/27/2015

Mand. pet. denied

**Isaac Ray BANKHEAD**

v.

**STATE**

**CR-14-0356**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed